IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 13-CR-30181-DRH |
| vs. | ) | |
| | ) | |
| ALTONIO G. GRAVES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AMENDING PRELIMINARY ORDER FOR FORFEITURE**

Upon motion of the United States, and pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture of February 2, 2015 [Doc. 69] is hereby amended, and the United States shall forfeit the following property:

**One Hi-Point, model JHP, .45 ACP caliber semi-automatic pistol, serial number X4218081;**

**One Hi-Point, model JHP, .45 ACP caliber semi-automatic pistol, serial number X4218088; and**

**any and all ammunition contained therein.**

All other provisions of the Preliminary Order of Forfeiture of February 2, 2015 shall remain in full force and effect.

**IT IS SO ORDERED.**

Signed this 29th day of April, 2015.

Digitally signed by
David R. Herndon
Date: 2015.04.29
13:23:40 -05'00'

**United States District Judge**

1