IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:13-cr-30181-DWD |
| ) | |
| ALTONIO G. GRAVES, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**DUGAN, District Judge**:

Before the Court is Defendant's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 ("Motion"). (Doc. 123). The Government does not oppose the Motion. (Doc. 125).

The parties agree Defendant is eligible for a reduction of sentence under Part A of Amendment 821, which amended U.S.S.G. § 4A1.1(e). On April 17, 2015, Defendant was sentenced to 121 months imprisonment for two counts of Conspiracy to Commit Bank Robbery (Counts 1 and 3), two counts of Bank Robbery (Counts 2 and 4), and one count of Felon in Possession of a Firearm (Count 5), consisting of 121 months on Counts 2 and 4 and 60 months on Counts 1, 3, and 5, to run concurrently. (Docs. 7 and 88). At sentencing, Defendant had a total offense level of 29. (Doc. 85). He had a total criminal history point tally of 8 with a corresponding category of IV. (Docs. 81 & 85). Defendant's advisory guideline range was 121 to 151 months imprisonment on Counts 2 and 4. (Docs. 85). Here, under the retroactive amendment to § 4A1.1, Defendant's criminal history

points are reduced to 6 and his criminal history category is reduced to III, resulting in a lower advisory guideline range of 108 to 135 months of imprisonment on Counts 2 and 4. (Docs. 123 and 125). The U.S. Probation Office's calculation is consistent with this revised sentencing range. (Doc. 123). In light of the lower advisory guideline range, the parties agree a sentence reduction from 121 months of imprisonment to 108 months of imprisonment is proper on Counts 2 and 4. (Docs. 123 and 125).

Upon consideration of the Motion, the Government's Response, the policy statement set forth in U.S.S.G. § 1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), including as considered, evaluated, and applied by the sentencing judge at the time of the original sentence, the Court agrees that a proportionate reduction in sentence from the original sentence imposed is appropriate.

Accordingly, the Court **GRANTS** the Motion (Doc. 123) and **REDUCES** Defendant's sentence from 121 months of imprisonment to 108 months of imprisonment on Counts 2 and 4. Defendant already served the concurrent 60-month sentence that was imposed on Counts 1, 3, and 5. This reduction shall be effective February 1, 2024. All other terms of the judgment dated April 17, 2015 (Doc. 88), are to remain unchanged. The Court attaches its standard order (AO Form 247) to reflect the sentence reduction.

**SO ORDERED**.

Dated: January 29, 2024

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge